UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **EDWARD LAMONT REYNOLDS,** | ) | Case No. CV 07-5133-ODW(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **DEBRA DEXTER, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: October 13, 2009

_____
Otis D. Wright II
United States District Judge